# OFFENDER GRIEVANCE
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

RECEIVED APR 2 0 2020 By JRW

MAR 2 7 2020 JRW

**FOR OFFICIAL USE ONLY**
Grievance number:

To: **Facility Grievance Specialist**
Facility: ISP
Date: 4-13-2020

From (name of offender): STEPHEN DEANE
DOC number: 995434
Signature of offender: [signed]

Housing assignment: CSW-235
Date of incident: 4-8-2020

**Provide a brief, clear statement of your complaint or concern.**

I WAS TAKEN TO MSU AGAINST MY WILL AND WAS PHYSICALLY HELD DOWN AND RESTRAINED AFTER REFUSING NARCAN TO BE ADMINISTERED. I TOLD NURSE I WASN'T HIGH OR HADN'T BEEN SMOKING ANYTHING AND I WAS REFUSING NARCAN. SHE SAID I COULD DO IT THE EASY WAY OR HARD WAY I STILL REFUSED OFFICER CATTIBERY HELD MY HEAD WHILE RESTRAINED AND NURSE ADMINISTERED THE NARCAN. THERE WAS NO REASON FOR THIS. AND I WAS NOT HIGH. I HAD NOT BEEN FEELING WELL.

**State the relief that you are seeking.**

~~I DO NOT WANT MOVED TO B DRUG PROGRAM AND I WILL FILE A 1983 CIVIL SUIT.~~ STOP VIOLATION OF 8TH AND 14TH AMENDMENT RIGHTS OF EXCESSIVE FORCE AND INFORMED CONSENT.

Signature of Facility Grievance Specialist:
Date:

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

EXHIBIT A P.1 of 5

1 OF 5



# RETURN OF GRIEVANCE
State Form 45475 (R4 / 1-20)
INDIANA DEPARTMENT OF CORRECTION

APR 27 2020
JRW

| To (name of offender) | DOC number | Facility | Date (month, day, year) |
|---|---|---|---|
| Deane, Stephen | 995424 | ISP | 4-22-2020 |

| Work assignment | Housing assignment |
|---|---|
|  | B-116 |

| Date grievance received (month, day, year) | Date grievance returned (month, day, year) |
|---|---|
| 4-20-2020 | 4-22-2020 |

*Please check the most appropriate response AND provide an explanation.*

☐ Your concern is something that cannot be resolved by the Department of Correction. It goes beyond the authority of the Department.

☐ Your grievance was not timely submitted:  ☐ Early  or  ☐ Late

☑ Your concern is a matter not appropriate to the grievance process. See Policy 00-02-301. Your concern may be better addressed by Classification *(see Policy 01-04-101)* or the Disciplinary Hearing Board *(see Policy 02-04-101).*

☐ A sex offender may not grieve the denial of visits with minors *(see Policy 02-01-102).*

☐ There is no indication that you were personally affected by the policy, procedure, or action described; and/or this complaint appears to be submitted on behalf of another person or group.

☐ Your complaint cannot be responded to as presented, but may be corrected and submitted again within five (5) business days.

☐ You are identified as a grievance abuser and are restricted from filing additional grievances for:
 ☐ Thirty (30) days   ☐ Sixty (60) days   ☐ Ninety (90) days   *(Please explain below.)*

☐ The issue in this complaint or concern was addressed previously in Grievance # _____

☑ Other: Per policy 00-02-301, you cannot grieve staff duties.

**Please describe your response in further detail.**
*(For Grievance Specialist Only)*

Bed moves are a Classification issue. Staff were following Facility Directive 20-03 correctly.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
[remainder of field filled with X's]

| Signature of Facility Grievance Specialist | Printed name of Facility Grievance Specialist |
|---|---|
| J. Wallen | J. Wallen |

*If you choose to correct the problem(s) listed above, you must do so and re-submit this form within five (5) business days.*

DISTRIBUTION: Copy – Facility Grievance Specialist;  Copy – Department Grievance Manager;  Copy – Offender Packet, Facility;  Copy – Offender



## CLASSIFICATION APPEAL
State Form 9260 (R2 / 9-93)

**DEPARTMENT OF CORRECTION**

INSTRUCTIONS: 
1. Intra-Facility classification appeals, send to facility head
2. Inter-Facility-Department classification appeals, send to: Director of Classification
302 West Washington Street, Room E334
Indianapolis, Indiana 46204

**Name of offender:** Stephen Deane
**Identification number:** 975744
**Facility:** ISP
**Housing assignment:** CH-755

In compliance with Department of Correction procedures, I am submitting this classification appeal with ten (10) working days from the date that I was notified of the classification decision(s) and the other pertinent documents.

I hereby appeal the decision by:

**Name:** Pam Bane
**Title:** Unit Manager
**Facility:** ISP
**Date signed:** 4-13-2020

**The decision was:** Move to Butterhouse Drug Program

**I base my appeal on the following reasons:** Narcan was physically forced on me after verbally refusing due to the fact I was not high or taking any drugs of any kind. I was awakened from a nap, restrained, whereas awake to MSU. Narcan is for opiod overdose. I obviously was not overdosing if verbally communicating and answered nurses questions. I was held down to administer

**Signature of offender:** [signature]
**Date signed:** 4-13-2020

**Response:** ☐ Appeal granted  ☒ Appeal denied

**Basis for denial:** The administration of Narcan is not a classification decision.

**Signature:** [signature]
**Title:** Exec Asst
**Date signed:** 4/15/2020

DISTRIBUTION: White - Facility packet; Canary - Offender; Pink - Central office

# INDIANA DEPARTMENT OF CORRECTION
## REQUEST FOR INTERVIEW

APR 27 2020
By: JRW

TO: **Joshua Wallen** OFFICE: **Grievance** DATE: **4-24-20**

NAME: **Steppen Deane** DOC#: **995424** DORM **B-116** ASSIGNMENT: _____

Reason for request (be as definite as possible) **I am grieving the forced administration of Narcan. Classification says it is not a classification issue and there is no disciplinary hearing. The forced administration of Narcan is a grievance issue explained on offender grievance, not the relief. I expect this issue filed. Please return copies of all this. Thank you!**

*** DO NOT WRITE BELOW THIS LINE ***

Action: _____

State Form 36935 (R/4-91)

By: _____

4 of 5

USDC IN/ND case 3:20-cv-00373-DRL-MGG   document 13-1   filed 08/10/20   page 5 of 5
USDC IN/ND case 3:20-cv-00373-DRL-MGG   document 5   filed 05/22/20   page 1 of 1

USDC IN/ND case 3:20-cv-00373-DRL-MGG   document 1-1   filed 05/08/20   page 5 of 5



**RETURN OF GRIEVANCE**
State Form 45475 (R4 / 1-20)
INDIANA DEPARTMENT OF CORRECTION

| To (name of offender) | DOC number | Facility | Date (month, day, year) |
|---|---|---|---|
| Deane, Stephen | 995424 | ISP | 4-28-2020 |

| Work assignment | Housing assignment |
|---|---|
|  | B-116 |

| Date grievance received (month, day, year) | Date grievance returned (month, day, year) |
|---|---|
| 4-27-2020 | 4-28-2020 |

Please check the most appropriate response AND provide an explanation.

☐ Your concern is something that cannot be resolved by the Department of Correction. It goes beyond the authority of the Department.

☐ Your grievance was not timely submitted:   ☐ Early   or   ☐ Late

☐ Your concern is a matter not appropriate to the grievance process. See Policy 00-02-301. Your concern may be better addressed by Classification (see Policy 01-04-101) or the Disciplinary Hearing Board (see Policy 02-04-101).

☐ A sex offender may not grieve the denial of visits with minors (see Policy 02-01-102).

☐ There is no indication that you were personally affected by the policy, procedure, or action described; and/or this complaint appears to be submitted on behalf of another person or group.

☐ Your complaint cannot be responded to as presented, but may be corrected and submitted again within five (5) business days.

☐ You are identified as a grievance abuser and are restricted from filing additional grievances for:
   ☐ Thirty (30) days   ☐ Sixty (60) days   ☐ Ninety (90) days   (Please explain below.)

☐ The issue in this complaint or concern was addressed previously in Grievance # _____

☑ Other: Per policy 00-02-301, you cannot grieve staff duties.

*Please describe your response in further detail.*
(For Grievance Specialist Only)

Staff were following Facility Directive 20-03 correctly.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
(remainder of box filled with XXX lines)

| Signature of Facility Grievance Specialist | Printed name of Facility Grievance Specialist |
|---|---|
| J. Wallen | J. Wallen |

*If you choose to correct the problem(s) listed above, you must do so and re-submit this form within five (5) business days.*

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy – Offender